JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN FORCE, INC., a California corporation; JEFFERY A. KOHL, an individual; and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | CASE NO. CV11-07698 MWF(MANx)<br><br>ORDER RE DISMISSAL WITH THE COURT TO RETAIN JURISDICTION<br><br>[Fed.R.Civ.P. 41(a)(i), and 41(a)(2)] |

PURSUANT TO THE STIPULATION RE DISMISSAL WITH THE COURT TO RETAIN JURISDICTION and Settlement by and between, Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendants, CLEAN FORCE, INC., a California corporation ("CLEAN FORCE") and JEFFREY A. KOHL, an indvidual ("KOHL"), and good cause appearing therefor:

///

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This action is dismissed in its entirety in accordance with the terms of the settlement agreement between the parties. The Court, however, shall retain jurisdiction over this action to enforce the terms of the settlement agreement and to reinstate this action to the Court's active calendar in the event of a default or breach in the settlement agreement by either party.

2. Each party may seek to reinstate this action to the Court's calendar without notice, upon written application to the Court, and upon written declaration of default or breach by the attorney with service on each party's counsel.

DATED: November 28, 2012

*[signature]*
MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

#206192 v1 - PROPOSED ORDER RE DISMISSAL WITH THE COURT TO RETAIN JURISDICTION.wpd